JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| ALEKSEI SERGEYEVICH VORONIN, | Case № 2:20-cv-07019-ODW (AGRx) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MERRICK B. GARLAND, et al.,[1] | |
| Respondents. | |

Pursuant to the Court's Order Granting Respondents' Motion for Summary Judgment and Denying Petitioner's Motion for Summary Judgment, (ECF No. 52), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Attorney General Merrick B. Garland was automatically substituted for his predecessors, Jeffrey A. Rosen and William P. Barr; Alejandro Mayorkas was automatically substituted for his predecessor, Chad Wolf; Tracy Renaud was automatically substituted for her predecessor, Kenneth Cuccinelli; and Lory C. Torres was automatically substituted for her predecessor, Corrina A. Luna.

1. Respondents shall have **JUDGMENT** in their favor.
2. The decision of Department of Homeland Security, U.S. Citizenship and Immigration Services to deny Voronin's Form I-485 Application for Permanent Residence is **AFFIRMED**.
3. Petitioner's Petition is **DISMISSED** on the merits and with prejudice.

This order shall constitute the **FINAL JUDGMENT** of the Court. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

August 5, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**